Steven A. Jones #1860292
French M. Robertson Unit
12071 F.M. 3522
Abilene, Texas
79601

Mr. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Texas
78711

In re: Steven Allen Jones v. The State of Texas
P.D.R No. 1633-14

Dear Sir;

I'm currently indigent and don't have access to a copier. I would like to request the courts to suspend this rule in accordance with T.R.A.P. 2, and only file the original with the courts.

Thanks for reading and I pray you consider my request...

Sincerely Yours

Steven A. Jones

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

Sent 12·29·14    CC/COPY